1112

No. 11–466. GARMON ET AL. *v.* REYNOLDS. Ct. App. Ind. Certiorari denied.

No. 11–470. HARDEN *v.* WICOMICO COUNTY, MARYLAND, ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–473. DUPREE *v.* GENERAL MILLS OPERATIONS, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–474. FADELEY *v.* CITIBANK OF SOUTH DAKOTA, NA. Sup. Ct. Ore. Certiorari denied.

No. 11–476. WILLIAMS *v.* DISTRICT OF COLUMBIA COURT OF APPEALS. Ct. App. D. C. Certiorari denied.

No. 11–480. DRONEY *v.* FITCH ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–498. MURPHY *v.* SANDERS, JUDGE, HUMPHREYS COUNTY JUVENILE COURT, TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–501. FARMERS INSURANCE EXCHANGE *v.* AGUILAR ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–505. HAMED *v.* WAYNE COUNTY, MICHIGAN, ET AL. Sup. Ct. Mich. Certiorari denied.

No. 11–506. DOCK, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF DOCK, DECEASED, ET AL. *v.* RUSH ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–507. HASSAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

